

# THE THIRTEENTH COURT OF APPEALS

13-18-00275-CV

Law Office of Thomas J. Henry
v.
Priscilla Ann Garcia

On Appeal from the
County Court at Law No 3 of Nueces County, Texas
Trial Cause No. 2017CCV-60770-3

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the order of the trial court should be reversed and the cause remanded to the trial court.  The Court orders the order of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion.  Costs of the appeal are adjudged against appellee, Priscilla Ann Garcia.

We further order this decision certified below for observance.

February 21, 2019